
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
MAR 2 2 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:17CR138 JAR |
| MARK G. STEWART, | ) |
| Defendant. | ) |

## INFORMATION

### COUNT 1

The United States Attorney charges:

On or about April 15, 2011, in the Eastern District of Missouri,

MARK G. STEWART,

the defendant herein, who during the calendar year 2010 was married, did willfully attempt to evade and defeat a large part of the income tax due and owing by him and his spouse to the United States of America for the calendar year 2010, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent joint U.S. Individual Income Tax Return, Form 1040, on behalf of himself and his spouse, which stated that their joint taxable income for the calendar year 2010 was the sum of $89,209, and that the amount of tax due and owing thereon was the sum of $16,253, whereas, in fact, as he then and there knew, their joint taxable income for the calendar year 2010 was substantially in excess of the amount stated on the return, and, upon the additional taxable income, a substantial additional tax was due and owing to the United States of America.

In violation of Title 26, United States Code, Section 7201.

## COUNT 2

The United States Attorney charges:

On or about April 15, 2012, in the Eastern District of Missouri,

### MARK G. STEWART,

the defendant herein, who during the calendar year 2011 was married, did willfully attempt to evade and defeat a large part of the income tax due and owing by him and his spouse to the United States of America for the calendar year 2011, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent joint U.S. Individual Income Tax Return, Form 1040, on behalf of himself and his spouse, which stated that their joint taxable income for the calendar year 2011 was the sum of $22,410, and that the amount of tax due and owing thereon was the sum of $5,871, whereas, in fact, as he then and there knew, their joint taxable income for the calendar year 2011 was substantially in excess of the amount stated on the return, and, upon the additional taxable income, a substantial additional tax was due and owing to the United States of America.

In violation of Title 26, United States Code, Section 7201.

## COUNT 3

The United States Attorney charges:

On or about June 28, 2013, in the Eastern District of Missouri,

### MARK G. STEWART,

the defendant herein, who during the calendar year 2012 was married, did willfully attempt to evade and defeat a large part of the income tax due and owing by him and his spouse to the United States of America for the calendar year 2012, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent joint U.S. Individual Income Tax

Return, Form 1040, on behalf of himself and his spouse, which stated that their joint taxable income for the calendar year 2012 was the sum of $90,332, and that the amount of tax due and owing thereon was the sum of $19,127, whereas, in fact, as he then and there knew, their joint taxable income for the calendar year 2012 was substantially in excess of the amount stated on the return, and, upon the additional taxable income, a substantial additional tax was due and owing to the United States of America.

In violation of Title 26, United States Code, Section 7201.

## COUNT 4

The United States Attorney charges:

On or about October 14, 2014, in the Eastern District of Missouri,

### MARK G. STEWART,

the defendant herein, who during the calendar year 2013 was married, did willfully attempt to evade and defeat a large part of the income tax due and owing by him and his spouse to the United States of America for the calendar year 2013, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent joint U.S. Individual Income Tax Return, Form 1040, on behalf of himself and his spouse, which stated that their joint taxable income for the calendar year 2013 was the sum of $130,510, and that the amount of tax due and owing thereon was the sum of $25,174, whereas, in fact, as he then and there knew, their joint taxable income for the calendar year 2013 was substantially in excess of the amount stated on the return, and, upon the additional taxable income, a substantial additional tax was due and owing to the United States of America.

In violation of Title 26, United States Code, Section 7201.

RICHARD G. CALLAHAN
United States Attorney

*/s/ Steven A. Muchnick*

STEVEN A. MUCHNICK #27597MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
Telephone: (314) 539-2200
Fax: (314) 539-2309
E-mail: steven.muchnick@usdoj.gov

UNITED STATES OF AMERICA,  )
Eastern Division of the              ) SS.
Eastern District of Missouri       )

I, Steven A. Muchnick, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

*/s/ Steven A. Muchnick*
ASSISTANT UNITED STATES ATTORNEY

Subscribed and sworn to before me this 10 day of March 2017.

*Gregory Linhares*
CLERK, U.S. DISTRICT COURT

By: *Elizabeth Kirkland*
Deputy Clerk

4